IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ROSEMARY WOLFE, INDIVIDUALLY,
AS SOLE STATUTORY WRONGFUL
DEATH BENEFICIARY, AND AS
ADMINISTRATRIX OF THE ESTATE
OF BILLY WOLFE,

    Plaintiff,

v.                                 CIVIL ACTION NO. 2:08-cv-00168-MPM-SAA
                                 JURY DEMANDED

WALTER RAYFORD, M.D.,
SOUTHEAST UROLOGY
NETWORK, P.C. AND LABMD, INC.,

    Defendants.

**DEFENDANT SOUTHEAST UROLOGY NETWORK, P.C.'S MOTION TO STRIKE PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES**

Defendant, Southeast Urology Network, P.C. ("SUN"), by and through undersigned counsel of record, hereby moves this Honorable Court to strike and exclude Plaintiff's Eleventh Supplemental Disclosures, filed on December 29, 2010, on grounds that the disclosure is untimely pursuant to the Federal Rules of Civil Procedure, the local rules of this Court, and this Court's August 23, 2010 Order which established a discovery deadline of October 27, 2010. In support of this Motion, SUN relies on its Memorandum in Support of Motion to Strike Plaintiff's Eleventh Supplemental Disclosures as well as the entire record in this cause.

M JMK01 2201138 v1
2683305-000245 12/30/2010

Respectfully submitted,

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ

*/s/Craig C. Conley*
Jill M. Steinberg (BPR# 11603)
Craig C. Conley (BPR# 19341)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Telecopier: (901) 577-0830

*/s/Bradley W. Smith*
Bradley W. Smith (MSB No. 9834)
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Telecopier: (601) 351-2424

*Attorneys for Southeast Urology Network, P.C.*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2010, I electronically filed the foregoing Motion to Strike Plaintiff's Eleventh Supplemental Disclosures with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Gary K. Smith, Esq.
>Apperson, Crump & Maxwell, PLC
>6000 Poplar Avenue, Suite 400
>Memphis, Tennessee 38119-3972
>
>Lindsey C. Meador, Esq.
>Meador & Crump
>P. O. Drawer 1319
>111 South Pearman
>Cleveland, Mississippi 38732
>
>Tommie Williams, Jr., Esq.
>Upshaw, Williams, Biggers, Beckham & Riddick, LLP
>309 Fulton Street
>Greenwood, Mississippi 38930
>
>David L. Ayers, Esq.
>Jennifer A. Rogers, Esq.
>Watkins & Eager, PLLC
>400 East Capitol Street
>P. O. Box 650
>Jackson, Mississippi 39205

>/s/Craig C. Conley

M JMK01 2201138 v1
2683305-000245 12/30/2010