IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**ROSEMARY WOLFE, Individually,**
**as sole statutory wrongful death beneficiary, and**
**as administratrix of the estate of BILLY WOLFE**         **PLAINTIFF**

**V.**         **CIVIL ACTION NO.: 2:08-CV-168-MPM-SAA**

**WALTER RAYFORD, M.D.,**
**SOUTHEAST UROLOGY**
**NETWORK, P.C.; and LABMD, INC.**         **DEFENDANTS**

### ORDER

In accordance with the court's ruling at the final pre-trial conference on January 4, 2011, the court finds that the plaintiff failed to timely disclose to defendants a medical bill in the amount of $320 from Mississippi Pathology Associates, P.A., and therefore should be prohibited from using that information at trial. Accordingly, defendant Southeast Urology Network, P.C.'s Motion to Strike Plaintiff's Eleventh Supplemental Disclosures (Docket #386) is GRANTED as to the bill for $320 from Mississippi Pathology Associates, P.A., but DENIED in all other respects as the plaintiff had already disclosed the remaining information contained in the Supplemental Disclosures and therefore was not "new," previously undisclosed information.

**SO ORDERED**, this, the 5th day of January, 2011.

                                              /s/ S. Allan Alexander
                                              UNITED STATES MAGISTRATE JUDGE